UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       -v-                           3:22-CR-82

EJEMBI ONAH,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **VERDICT FORM**

October 10, 2023
Utica, New York

Court's Exhibit No. 1

## WIRE FRAUD
### Counts One through Two

1. Do you find beyond a reasonable doubt that defendant Ejembi Onah committed wire fraud as described in the indictment on or about July 1, 2020?

   _____  ✓_____
   Not Guilty       Guilty

   1A. If defendant Ejembi Onah is guilty of **Count One**, do you find by a preponderance of the evidence that he must forfeit to the United States a forfeiture money judgment in the amount of **$72,000.00** representing missing property obtained by the defendant that constitutes or is derived from proceeds directly or indirectly traceable to the offense of conviction?

   ✓_____  _____
   Yes             No

2. Do you find beyond a reasonable doubt that defendant Ejembi Onah committed wire fraud as described in the indictment on or about July 20, 2020?

   _____  ✓_____
   Not Guilty       Guilty

   2A. If defendant Ejembi Onah is guilty of **Count Two**, do you find by a preponderance of the evidence that he must forfeit to the United States a forfeiture money judgment in the amount of **$72,083.32** representing missing property obtained by the defendant that constitutes or is derived from proceeds directly or indirectly traceable to the offense of conviction?

   ✓_____  _____
   Yes             No

# MONETARY TRANSACTIONS IN CRIMINALLY DERIVED PROPERTY
## Counts Three through Five

3. Do you find beyond a reasonable doubt that defendant Ejembi Onah engaged in certain monetary transactions in criminally derived property as described in the indictment on or about July 1, 2020?

    _____  ✓ _____
    Not Guilty     Guilty

   3A. If defendant Ejembi Onah is guilty of **Count Three**, do you find by a preponderance of the evidence that he must forfeit to the United States a forfeiture money judgment in the amount of **$10,926.00** representing missing property obtained by the defendant that was involved in the commission of the offense of conviction?

    ✓ _____  _____
    Yes          No

4. Do you find beyond a reasonable doubt that defendant Ejembi Onah engaged in certain monetary transactions in criminally derived property as described in the indictment on or about July 21, 2020?

    _____  ✓ _____
    Not Guilty     Guilty

   4A. If defendant Ejembi Onah is guilty of **Count Four**, do you find by a preponderance of the evidence that he must forfeit to the United States a forfeiture money judgment in the amount of **$11,000.00** representing missing property obtained by the defendant that was involved in the commission of the offense of conviction?

    ✓ _____  _____
    Yes          No

5. Do you find beyond a reasonable doubt that defendant Ejembi Onah engaged in certain monetary transactions in criminally derived property as described in the indictment on or about July 21, 2020?

                                             _____    ✓ \
                                               Not Guilty    Guilty

5A. If defendant Ejembi Onah is guilty of **Count Five**, do you find by a preponderance of the evidence that he must forfeit to the United States a forfeiture money judgment in the amount of **$70,000.00** representing missing property obtained by the defendant that was involved in the commission of the offense of conviction?

                                       ✓ \
                                      Yes       No

Dated: October **10**, 2023       _[signature: David N. Hurd]_ \
          Utica, New York.               United States District Judge